UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LILBERT GREGORY**, <br><br>  Petitioner, <br><br> v. <br><br> **NOAH NAGY**, <br><br>  Respondent. | **2:22-CV-12934-TGB-APP** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan:  December 29, 2022.

> KINIKIA ESSEX
> CLERK OF THE COURT
>
> s/A. Chubb
> Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE